USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/20/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
YVONNE LEE-JORDAN, :
:
                Plaintiff, : **ORDER OF DISMISSAL**
:
     -v-    : 18-CV-6755 (JLC)
:
ALLSTATE INDEMNITY COMPANY, :
:
                Defendant. :
-------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      The Court having held a settlement conference today during which a settlement in principle has been reached, it is hereby ORDERED that the above-entitled action is dismissed and discontinued without costs, but without prejudice to the right to reopen the action within 30 days of the date of this Order if the settlement is not consummated. Accordingly, the jury trial currently scheduled for February 3, 2020 is adjourned, and the September 6, 2019 Order (Dkt. No. 75) setting deadlines for pre-trial submissions is vacated.

      The Clerk is respectfully directed to close this case.

      **SO ORDERED.**

Dated: November 20, 2019
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge