USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/5/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
YVONNE LEE-JORDAN,

                   Plaintiff,      **ORDER**

      -v-                                18-CV-6755 (JLC)

ALLSTATE INDEMNITY COMPANY,

                  Defendant.
-------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      The Court held a status conference today during which the parties informed the Court that a settlement in principle has been reached. The parties are hereby directed to file a stipulation of dismissal or otherwise report to the Court on the status of the case by **June 30, 2020.**

      **SO ORDERED.**

Dated: June 5, 2020
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge